# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No.: | CV 10-1189-PSG (JCx) | Date: | August 9, 2010 |
| Title: | Trustees of the Southern California Pipe Trades Health and Welfare Trust Fund et al v. D'Z Plumbing, Inc. et al | | |

Present: The Honorable: **Philip S. Gutierrez, United States District Judge**

| Wendy K. Hernandez | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:  Attorneys Present for Defendants:

Not Present  Not Present

Proceedings (In Chambers):  **Order to Show Cause**

 IT IS HEREBY ORDERED that counsel for Plaintiff show cause in writing on or before August 23, 2010, why this action should not be dismissed for lack of prosecution.

 The Court will consider the filing of the following on or before the above date, as an appropriate response to this Order to Show Cause.

\_\_\_  Proof of Service of Summons and Complaint by Plaintiff.

\_\_\_  Response to Complaint by Defendant(s) ***OR*** Request for Entry of Default by Plaintiff.

**X**  Motion for Entry of Default Judgment by Plaintiff ***OR*** Request to Clerk for Entry of Default Judgment by Plaintiff.

 Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.15, **oral argument will not be heard** in this matter unless so ordered by the Court. Counsel are advised that failure to respond to this Order to Show Cause, may result in the dismissal of the entire action.

 Parties are reminded that mandatory chambers copies of all electronically filed documents must be delivered directly to Courtroom 880 the following business day before Noon.  Further, copies must include the E-Filed Notice and/or E-Filed Header. Failure to comply, may result in monetary sanctions.

Initials of Preparer  wkh