LAQUER, URBAN, CLIFFORD & HODGE LLP
Matthew T. Bechtel, State Bar No. 260450
225 South Lake Avenue, Suite 200
Pasadena, California 91101-3030
Telephone: (626) 449-1882
Facsimile: (626) 449-1958
Email: Bechtel@luch.com

E-FILED 10/01/10
JS-6

Counsel for Plaintiffs, Trustees of the Southern California
Pipe Trades Health and Welfare Trust Fund, et al.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES HEALTH AND WELFARE TRUST FUND, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>D'Z PLUMBING, INC., a California corporation, et al.<br><br>Defendants. | CASE NO.: CV 10-01189 PSG (JCx)<br><br>**JUDGMENT** |

The Court having considered and approved the stipulation for entry of judgment submitted by and between defendants D'z Plumbing, Inc., Dennis Zirbes, and Linda Zirbes, and plaintiffs Trustees of the Southern California Pipe Trades Health and Welfare Trust Fund, Trustees of the Southern California Pipe Trades Retirement Trust Fund, Trustees of the Southern California Pipe Trades Defined Contribution Trust Fund, Trustees of the Southern California Pipe Trades Vacation and Holiday Trust Fund, Trustees of the Southern California Pipe Trades Christmas Bonus Fund, Trustees of the Apprentice and Journeyman Training Trust Fund, Trustees of the Plumbers and Pipefitters National Pension Fund, and Trustees of the International Training Fund, and for good cause shown,

///

1  IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

2  Plaintiffs Trustees of the Southern California Pipe Trades Health and Welfare
3  Trust Fund, Trustees of the Southern California Pipe Trades Retirement Trust Fund,
4  Trustees of the Southern California Pipe Trades Defined Contribution Trust Fund,
5  Trustees of the Southern California Pipe Trades Vacation and Holiday Trust Fund,
6  Trustees of the Southern California Pipe Trades Christmas Bonus Fund, Trustees of
7  the Apprentice and Journeyman Training Trust Fund, Trustees of the Plumbers and
8  Pipefitters National Pension Fund, and Trustees of the International Training Fund
9  shall recover from defendants D'z Plumbing, Inc., Dennis Zirbes, and Linda Zirbes,
10 jointly and severally, the principal amount of $34,196.77, plus pre-judgment and post-
11 judgment interest thereon at the rate of seven percent (7%) per annum from June 15,
12 2010, until paid in full.

14  DATED: 10/01/10

UNITED STATES DISTRICT JUDGE

2

JUDGMENT

Judgment

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18, and not a party to the within action. My business address is: 225 South Lake Avenue, Suite 200, Pasadena, California 91101-3030.

On September 28, 2010, I served the foregoing document(s) described below:

**JUDGMENT**

on the interested parties in this action by placing a true copy thereof in a sealed envelope(s) addressed to:

| | |
|---|---|
| Law Offices of Newton W. Kellam<br>101 Pacifica, Ste 155<br>Irvine. CA  92618 | *Attorney for Defendants*<br>D'z Plumbing, Inc., Dennis Zirbes, and Linda Zirbes |

XXX (BY MAIL) I caused said envelope(s) with first class postage prepaid to be placed in the United States mail at Pasadena, California.

____ (BY PERSONAL SERVICE) I caused said envelope(s) to be delivered by hand to the office  or the residence of the addressee as shown above.

____ (BY FACSIMILE TRANSMISSION) I caused a true and complete copy of the document described above to be transmitted by facsimile transmission to the telephone number(s) set forth opposite the name(s) of the person(s) set forth above.

____ (BY OVERNIGHT DELIVERY) I caused said envelope(s) with prepaid delivery charges to be placed in the UPS Box at Pasadena, California.

Executed on September 28, 2010, at Pasadena, California.

____ (STATE) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

XXX (FEDERAL) I declare that I am employed by a member of the Bar of this Court, and that this service was made under the supervision of said attorney.

*/s/ Cheryl Roberts*
Cheryl Roberts